Anthony Alexandre
A-042704976
Otay Mesa Detention Cnt.
P.O. Box 439049
San Diego, CA 92143

**FILED**
Apr 07 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ AKR     DEPUTY

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ANTHONY ALEXANDRE,  )  Cir. No.: _____
            )
     Petitioner,  )  USDC No.: 3:19-cv-1563-WQH-AHG
            )
vs.          )  NOTICE OF APPEAL RE: DENIAL OF
            )  CERTIFICATE OF APPEALABILITY
PATRICK COVELLO, Warden,  )
            )
     Respondent.  )
_____

NOTICE IS HEREBY GIVEN that Petitioner Anthony Alexandre, appeal the decision issued on March 5, 2020, by the Honorable William Q. Hayes, denying petition for writ of habeas corpus.

Dated: April 3, 2020.

Respectfully submitted,

_____
Anthony Alexandre/Petitioner

1 of 1
Notice of Appeal re: Denial of Certificate of Appealability

# PROOF OF SERVICE

I, __Lee Quillar__, am a resident of Donovan State Prison in the County of San Diego, State of California. I am over the age of 18 years, and I am/am not a party to this action.

My prison number is: __D22639__.

On: __April 4__, 20__20__, I served a copy of the following document(s):

NOTICE OF APPEAL

On the following parties by placing the document in a sealed envelope with postage fully paid, in the United States Mail, in a deposit box so provided at R.J. Donovan State Prison (Mail Box Rule), San Diego, California, addressed as follows:

United States District Court
Southern District of California
880 Front Street
San Diego, CA 92101

United States Court of Appeals
for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94102

There is delivery service by the United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under the penalty of perjury that the foregoing is true and correct.

EXECUTED: __April 4__, 20__20__, at San Diego, California

/s/ __Lee Quillar__



Lee Quillar D22639
480 Alta Road (E25-A-105)
San Diego, CA 92179

CONFIDENTIAL

SAN DIEGO
CA 920
06 APR 20
PM 4 L

LEGAL MAIL

United States District Court
Southern District of California
880 Front Street
San Diego, CA 92101